# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CARL MEYNER                                                                        PLAINTIFF

v.                          NO. 3:08CV00030 JLH

BSGI COMPANY                                                 DEFENDANT

### JUDGMENT

Pursuant to the order entered separately today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of February, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE